**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ASIF J. POONJA, individually and on behalf of similarly situated individuals, | |
| *Plaintiff*, | Case No. 20-CV-04388 |
| v. | Hon. Robert M. Dow, Jr. |
| KELLY SERVICES, INC., a Delaware corporation, | Hon. Magistrate Mara Valdez |
| *Defendant.* | |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Asif J. Poonja, through his undersigned counsel, hereby submits this notice of supplemental authority to inform the Court of the recent decisions in: *McCurley v. Royal Sea Cruises, Inc.*, No. 17-cv-00986, 2021 WL 288164 (S.D. Cal. Jan. 28, 2021) (attached hereto as Exhibit A); *Less v. Quest Diagnostics*, No. 20-cv-2546, 2021 WL 266548 (N.D. Ohio Jan. 26, 2021) (attached hereto as Exhibit B); *Stoutt v. Travis Credit Union*, No. 20-cv-01280, 2021 WL 99636, at *2 (E.D. Cal. Jan 12, 2021) (attached hereto as Exhibit C); and *Rieker v. National Car Cure, LLC, et al.*, Case No. 20-cv-5901, 2021 WL 210841, at *1 (N.D. Fla. Jan. 5, 2021) (attached hereto as Exhibit D). These decisions were all published after Plaintiff filed his opposition to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Dkt. 29) and in each of these decisions the district court rejected the defendant's arguments that the plaintiff's TCPA claims should be dismissed for lack of subject matter jurisdiction based on *Barr v. American Ass'n of Political Consultants,* 140 S. Ct. 2335 (2020).

2

Dated: February 5, 2021	Respectfully Submitted,

ASIF J. POONJA, individually and on behalf of a class of similarly situated individuals,

By: /s/ Eugene Y. Turin
     One of His Attorneys

Eugene Y. Turin
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
eturin@mcgpc.com

*Attorneys for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2021, I electronically filed the foregoing *Plaintiff's Notice of Supplemental Authority* with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ Eugene Y. Turin