## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Asif J. Poonja
        Plaintiff,

v.                Case No.: 1:20−cv−04388
                Honorable Robert M. Dow Jr.

Kelly Services, Inc.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 15, 2021:

  MINUTE entry before the Honorable Robert M. Dow, Jr: In view of the filing of a notice of settlement and motion to strike existing deadlines [50], the motion [50] is granted. All pending deadlines are stricken without prejudice. This case is set for a backup telephonic status hearing on 1/11/2021 at 9:00 a.m. Participants should use the Court's toll−free, call−in number 877−336−1829, passcode is 6963747. If a stipulation of dismissal is filed prior to the status hearing date, the hearing will be stricken and the case will be closed. Notice of motion date of 11/16/2021 is stricken and no appearances are necessary on that date. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.