UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ASIF J. POONJA, individually and on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>KELLY SERVICES, INC., a Delaware corporation,<br><br>Defendant. | Case No. 20-CV-04388<br><br>Hon. Robert M. Dow, Jr.<br><br>Hon. Magistrate Mara Valdez |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Asif J. Poonja and Defendant Kelly Services, Inc., by and through their counsel, hereby request that the Court dismiss this action in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A), with each party to bear its own attorneys' fees, expenses, and costs in connection with this action.

Dated: December 21, 2021

Respectfully submitted,

/s/ *Eugene Y. Turin* (with permission)
Eugene Y. Turin
(eturin@mcgpc.com))
MCGUIRE LAW, P.C.
55 W. Wacker Dr., 9th Floor
Chicago, IL 60601

**Attorney for Plaintiff**

/s/ *Gerald L. Maatman, Jr.*
Gerald L. Maatman, Jr.
(gmaatman@seyfarth.com)
Jennifer A. Riley
(jriley@seyfarth.com)
Kristine R. Argentine
(kargentine@seyfarth.com)
SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000

**Attorneys for Defendant**

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certifies that on December 21, 2021, he caused a true and correct copy of the foregoing to be served via the Court's ECF/electronic mailing system upon all parties of record.

<em>s/ Gerald L. Maatman, Jr.</em>